# United States Bankruptcy Court
## Western District of Virginia

| | | | |
|---|---|---|---|
| In re | **Sue Mifka Stotts** | Case No. | **16-61788** |
| | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:

**Donald G Stotts**
**c/o John David Gibson**
**PO Box 2061**
**Louisa, VA 23093**
*Name of creditor*

**14043 Jefferson Highway Bumpass, VA 23024  Louisa County**
**tax assessed value is 134,200**
**appraised value is $80,000**
**Debtor owns 1/2 interest**
*Description of collateral*

1.      The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

☐      To value your collateral. ***See Section 3 of the plan.***  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☑      To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. ***See Section 7 of the plan.***  All or a portion of the amount you are owed will be treated as an unsecured claim.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

2.      *You should read the attached plan carefully for the details of how your claim is treated.*  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | November 3, 2016 |
| Date and time of confirmation hearing: | November 10, 2016 |
| Place of confirmation hearing: | US Bankruptcy Court 255 West Main Street Ctroom 200 Charlottesville VA 22906 |

**Sue Mifka Stotts**
*Name(s) of debtor(s)*

By:   **/s/ Steven Shareff**
**Steven Shareff 24323**
*Signature*

☑ Debtor(s)' Attorney
☐ Pro se debtor

**Steven Shareff 24323**
*Name of attorney for debtor(s)*
**PO Box 729**
**Louisa, VA 23093**
*Address of attorney [or pro se debtor]*

Tel. #   **540 748-2176**
Fax #

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☑ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this   **14th day of October, 2016.**

**/s/ Steven Shareff**
**Steven Shareff 24323**
*Signature of attorney for debtor(s)*

Page 2

# United States Bankruptcy Court
### Western District of Virginia

| | | | |
|---|---|---|---|
| In re | **Sue Mifka Stotts** | Case No. | **16-61788** |
| | Debtor(s) | Chapter | **13** |

## SPECIAL NOTICE TO SECURED CREDITOR

To:
**Pease Industries dba Roto Rooter**
**John J Trexler RA**
**2800 Buford Road Ste 201**
**Richmond, VA 23235**
*Name of creditor*

**14043 Jefferson Highway Bumpass, VA 23024  Louisa County**
**tax assessed value is 134,200**
**appraised value is $80,000**
**Debtor owns 1/2 interest**
*Description of collateral*

1.     The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

☐     To value your collateral.  ***See Section 3 of the plan.***  Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

☑     To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold.  ***See Section 7 of the plan.***  All or a portion of the amount you are owed will be treated as an unsecured claim.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

2.        ***You should read the attached plan carefully for the details of how your claim is treated.***  The plan may be confirmed, and the proposed relief granted, <u>unless</u> you file and serve a written objection by the date specified <u>and</u> appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | November 3, 2016 |
| Date and time of confirmation hearing: | November 10, 2016 at 9:30 a.m. |
| Place of confirmation hearing: | US Bankruptcy Court 255 West Main Street |
| | Ctroom 200 Charlottesville VA 22906 |

**Sue Mifka Stotts**
*Name(s) of debtor(s)*

By:     **/s/ Steven Shareff**
**Steven Shareff 24323**
*Signature*

☑ Debtor(s)' Attorney
☐ Pro se debtor

**Steven Shareff 24323**
*Name of attorney for debtor(s)*
**PO Box 729**
**Louisa, VA 23093**
*Address of attorney [or pro se debtor]*

Tel. #   **540 748-2176**
Fax #

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☑   first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐   certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this **14th day of October, 2016**.

**/s/ Steven Shareff**
**Steven Shareff 24323**
*Signature of attorney for debtor(s)*

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy