B420A (Official Form 20A) (Notice of Motion or Objection) (12/16)

# United States Bankruptcy Court
**Western District of Virginia**

In re **Sue Mifka Stotts** )
)
)
)
Debtor ) Case No.
) **16-61788**
)
)
Address **14043 Jefferson Highway**
**Bumpass, VA 23024** ) Chapter **13**
Last four digits of Social Security or Individual
Tax-payer Identification (ITIN) No(s).,(if any): **xxx-xx-0448** )
Employer's Tax Identification (EIN) No(s). (if any): )
)

## CERTIFICATION

Debtor certifies that there is no need to file an amended plan at this time; however, in the event any objection(s) to confirmation are sustained, there would be a need to amend the plan at that time.

Date **1 5 2017**

Signature **/s/ Steven Shareff**
Name **Steven Shareff**
**VSB 24323**
Address **Steven Shareff, Esquire**
**PO Box 729**
**Louisa, VA 23093**
**(540) 748-2176**