**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

IN RE:

SUE MIFKA STOTTS

CHAPTER 13
CASE NO. 16-61788

Debtor

### TRUSTEE'S PETITION TO DISMISS AND NOTICE OF HEARING

**DATE OF LAST PAYMENT:** <u>08/28/2018</u>   **ESTIMATED AMOUNT OF ARREARAGE**
\*AS OF <u>09/04/2018</u> is <u>$51,230.00</u>
Number of months in arrears is: <u>**1**</u>

Herbert L. Beskin, Trustee of the estate of the above captioned Chapter 13 Debtor, respectfully reports: That he is the duly appointed and qualified Standing Trustee and that the Debtor aforementioned **the debtor aforementioned has failed to pay a lump sum of $51,230.00 from sale of property by 9/1/2018**.

**PLEASE TAKE NOTICE** that on <u>**November 15, 2018**</u> at <u>**9:30 A.M.**</u>, in United States Bankruptcy Court, U.S. Court House, Courtroom 200, 255 West Main Street, Charlottesville, VA 22902-the Trustee will present and argue the foregoing Petition to Dismiss.

***The Trustee may request immediate dismissal of the case unless Debtor and Debtor's counsel have consulted in advance with the Trustee's office regarding a proposal to cure their delinquency in plan payments or have filed an amended plan no later than 48 hours in advance of the hearing scheduled above.***

I hereby certify that on September 04, 2018, copies of this Petition and Notice have been mailed to, Debtor, SUE MIFKA STOTTS, 14043 JEFFERSON HIGHWAY, BUMPASS, VA 23024, and that the Attorney for the Debtor has been notified electronically by ECF.

/s/ Herbert L. Beskin

Herbert L. Beskin Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA 22902
Ph: 434-817-9913
Email: ch13staff@cvillech13.net

Herbert L. Beskin
Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA 22902
Ph: 434-817-9913
Email: ch13staff@cvillech13.net